JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE FONTEM US, INC. CONSUMER CLASS ACTION LITIGATION | **SACV 15-02018 JVS(RAOx)**<br><br>Case No. 8:15-CV-01026-JVS-RAO<br>Assigned to Hon. James V. Selna<br><br>**ORDER DISMISSING INDIVIDUAL AND CLASS CLAIMS AGAINST DEFENDANTS LOEC, INC., LORILLARD TECHNOLOGIES, INC., ITG BRANDS, LLC, REYNOLDS AMERICA, INC., AND FONTEM HOLDINGS 4 B.V.** |

Upon consideration of the Joint Stipulation for An Order Dismissing Individual and Class Claims against Defendants, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The individual claims of the collective Plaintiffs against Defendant LOEC, Inc. are hereby dismissed in their entirety without prejudice pursuant to Fed. R.Civ.P. 41(a)(1) and (2).

2. The individual claims of the collective Plaintiffs against Defendant Lorillard Technologies, Inc. are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and (2).

3. The individual claims of the collective Plaintiffs against Defendant ITG Brands, LLC are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and (2).

4. The individual claims of the collective Plaintiffs against Defendant Reynolds America, Inc. are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and (2).

5. The individual claims of the collective Plaintiffs against Defendant Fontem Holdings 4 B.V. are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and (2).

6. The class claims against Defendant LOEC, Inc. are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and (2). Plaintiffs have not sought class certification, a class was not certified, and no notice was given to a prospective class.

7. The class claims against Defendant Lorillard Technologies, Inc. are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and (2). Plaintiffs have not sought class certification, a class was not certified, and no notice was given to a prospective class.

8. The class claims against Defendant ITG Brands, LLC are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and

(2). Plaintiffs have not sought class certification, a class was not certified, and no notice was given to a prospective class.

9. The class claims against Defendant Reynolds America, Inc. are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and (2). Plaintiffs have not sought class certification, a class was not certified, and no notice was given to a prospective class.

10. The class claims against Defendant Fontem Holdings 4 B.V. are hereby dismissed in their entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and (2). Plaintiffs have not sought class certification, a class was not certified, and no notice was given to a prospective class.

11. Each party shall bear his/her/its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: April 24, 2017

_____
Honorable James V. Selna
United States District Court Judge