# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Fontem US, Inc. Consumer Class Action Litigation.<br><br>Larry Diek, et al.<br>        Plaintiff,<br>  v.<br>Fontem, US, Inc., et al,<br>        Defendant(s). | SACV 15-01026 JVS (RAOx)<br>consolidated with<br>SACV 15-2018 JVS(RAOx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated. The Court vacates the Scheduling Conference set August 20, 2018.

DATED: August 17, 2018

_____
James V. Selna
United States District Judge